# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

EUGENE PATTERSON,

    Plaintiff,

v.                                                             Case No. 3:16-cv-1592-J-32JBT

ALLY FINANCIAL, INC.,

    Defendant.

## **O R D E R**

This matter comes before the Court on Defendant Ally Financial's motion for certification for interlocutory appeal. (Doc. 45). After reviewing the motion, as well as Plaintiff Eugene Patterson's response (Doc. 46), the motion is denied. The case will continue to be governed by the Case Management and Scheduling Order (Doc. 8).

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of March, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

Copies to:

Counsel of record